UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN KILGORE, | No. 2:17-cv-1560 AC P |
| Plaintiff, | |
| v. | ORDER |
| R. COMPTON, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se with a civil rights action, requests appointment of counsel "and/or" a 45-day extension of time to respond to the undersigned's April 20, 2020 order screening plaintiff's complaint under 28 U.S.C. § 1915A. That order found that the complaint failed to state a cognizable claim for relief and would not be served; plaintiff was granted leave to file an amended complaint within 45 days.[1] ECF No. 8.

At this early stage of the proceedings, appointment of counsel is unwarranted. See Palmer v. Valdez, 560 F.3d 965, 970 (9th Cir. 2009) (appointment of counsel may be warranted upon a showing of "exceptional circumstances" including plaintiff's ability to articulate his claims pro se in light of the complexity of the legal issues involved and the likelihood of success on the merits of his claims).

---

[1] Plaintiff mistakenly states that he is required to file objections to the court's order. Rather, plaintiff is required to file an amended complaint if he seeks to proceed with this case.

1

However, in light of plaintiff's transfer to another facility since he filed the original complaint, plaintiff will be provided additional time to submit an amended complaint.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for extended time to file an amended complaint, ECF No. 9, is granted.

2. Plaintiff shall file his amended complaint on or before July 10, 2020.

3. Failure of plaintiff to timely file an amended complaint will result in a recommendation that this action be dismissed without prejudice.

4. Plaintiff's alternate motion for appointment of counsel is denied without prejudice.

IT IS SO ORDERED.

DATED: May 6, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE