UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN KILGORE,<br><br>    Plaintiff,<br><br>    v.<br><br>R. COMPTION, et al.,<br><br>    Defendants. | No. 2:17-cv-1560 JAM AC P<br><br><br><u>ORDER</u> |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 30, 2020, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 17. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 30, 2020, are adopted in full;

2. Plaintiff's First Cause of Action, under 42 U.S.C. § 1983, is dismissed;

     3.  This case is remanded forthwith to the Superior Court of the State of California, in and for the County of Sacramento; and

     4.  Plaintiff's motions filed June 15, 2020, ECF No. 11, and July 28, 2020, ECF No. 13, are denied as moot.

DATED:  August 31, 2020

                                                 /s/ John A. Mendez

                                               UNITED STATES DISTRICT COURT JUDGE